Xinying Valerian (SBN 254890)
xinying@valerian.law
Dominic Valerian (SBN 240001)
dominic@valerian.law
Helen Halldorsson (SBN 331604)
helen@valerian.law
VALERIAN LAW, P.C.
1530 Solano Avenue
Albany, CA 94707
Tel : (888) 686-1918
Fax: (510) 982-4513

*Attorneys for Plaintiff Ashley Kaikkonen*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY KAIKKONEN,<br><br>        Plaintiff,<br><br>    v.<br><br>ALASKA AIR GROUP, a Delaware corporation, ALASKA AIRLINES, INC., an Alaska corporation, and DOES 1-20, inclusive,<br><br>        Defendants. | Civil Action No. 4:21-cv-00541-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     May 13, 2021<br>Time:     2:00 PM<br>Location: Via Telephone or Zoom<br>              Courtroom 2, 4th Floor<br>              1301 Clay St., Oakland, CA 94612<br><br>Date Action Filed:    December 18, 2020<br>Date of Removal:     January 22, 2021 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Ashley Kaikkonen ("Plaintiff") and Defendants Alaska Air Group and Alaska Airlines, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action against Defendants on or about December 18, 2020, in the Superior Court of the State of California for the County of Alameda, which Defendants removed on January 22, 2021 (Dkt. No. 1);

1    WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint (the "Motion") on February 12, 2021 (Dkt. No. 13);

3    WHEREAS, Plaintiff's opposition is currently due February 26, 2021, Defendants' reply is currently due March 5, 2021, and a hearing on the Motion has been set for May 13, 2021 (Dkt. No. 16);

6    WHEREAS, under Civil Local Rule 6-1(b) and 6-2, the Parties may submit a stipulated request to the Court to approve a modified briefing schedule for the Motion;

8    WHEREAS, the Parties have conferred and agreed to extend Plaintiff's deadline to file her opposition brief by one week and Defendants' deadline to file their reply brief by one week in order to provide for a more accommodating briefing schedule;

11   WHEREAS, the stipulated briefing schedule will be completed nearly two months before the scheduled hearing date.

13   NOW THEREFORE, the Parties hereby stipulate and agree to set the following deadlines:

14   1. March 5, 2021: Plaintiff's deadline to respond to Defendants' Motion;

15   2. March 19, 2021: Defendants' reply due.

**IT IS SO STIPULATED.**

Dated:  February 18, 2021        SEYFARTH SHAW LLP

                                         /s/ M. Ryan Pinkston
                                       M. Ryan Pinkston
                                       *Attorneys for Defendants Alaska Air Group and Alaska Airlines, Inc.*

Dated:  February 18, 2021        VALERIAN LAW, P.C.

                                         /s/ Dominic Valerian
                                       Dominic Valerian
                                       *Attorneys for Plaintiff Ashley Kaikkonen*

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Helen Halldorsson hereby attests that concurrence in the filing of this document has been obtained.*

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  Dated: 2/19/2021

_____

The Honorable Haywood S. Gilliam, Jr.
United States District Judge