1
2
3
4
5

SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Tel: 415.544.1013; Fax: 415.397.8549

*Attorneys for Alaska Air Group, Inc. and
Alaska Airlines, Inc.*

6
7
8

9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

ASHLEY KAIKKONEN,

Case No. 4:21-cv-00541-HSG

12

Plaintiff,

v.

13
14
15

ALASKA AIR GROUP, a Delaware
corporation, ALASKA AIRLINES, INC., an
Alaska corporation, and DOES 1-10, inclusive,

Defendants.

**STIPULATION AND ORDER TO
CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE AND
INITIAL DISCLOSURE DEADLINE
PENDING RESOLUTION OF
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

16
17
18

Date Action Filed:     December 18, 2020
Date of Removal:      January 22, 2021

19
20

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Ashley Kaikkonen ("Plaintiff") and Defendants

21

Alaska Air Group, Inc. and Alaska Airlines, Inc. ("Defendants") (collectively, the "Parties"), by and through

22

their respective counsel, stipulate and agree as follows:

23

WHEREAS, Plaintiff filed this action against Defendants on or about December 18, 2020, in the

24

Superior Court of the State of California for the County of Alameda, which Defendants removed on

25

January 22, 2021 (Dkt. No. 1);

26

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint (the "Motion") on

27

February 12, 2021 (Dkt. No. 13);

28

1

1    WHEREAS, pursuant to the Court's Order granting the Parties' prior stipulation (Dkt. No. 17),

2    Plaintiff filed her opposition to the Motion on March 5, 2021 (Dkt. No. 20), and Defendants filed their reply

3    in support of the Motion on March 21, 2021 (Dkt. No. 21);

4    WHEREAS, a hearing on the Motion is currently scheduled for May 13, 2021 (Dkt. No. 15);

5    WHEREAS, the initial case management conference is currently set for April 27, 2021 at 2:00 pm

6    (Dkt. No. 10);

7    WHEREAS, the Parties' initial disclosures pursuant to FRCP Rule 26(a)(1) are currently due on

8    April 20, 2021;

9    WHEREAS, under Civil Local Rule 6-1 and 6-2, the Parties may submit a stipulated request to the

10   Court to extend time frames and deadlines fixed by the Court, the Civil Local Rules, and the Federal Rules of

11   Civil Procedure;

12   WHEREAS, the Parties have conferred and agreed that postponing initial disclosures and the initial

13   case management conference until a date after the Court rules on the pending Motion will promote

14   efficiency, avoid potentially unnecessary litigation costs, and preserve the Parties' resources.

15   NOW THEREFORE, the Parties hereby stipulate and agree, and ask that this Court approve the

16   Parties' agreement, that: (1) the last day for the Parties to serve initial disclosures shall be continued until

17   thirty (30) days after an answer to the complaint is filed; (2) the initial case management conference,

18   currently set for April 27, 2021 at 2:00 pm, shall be continued until Tuesday June 15, 2021 at 2:00 pm, or

19   whichever date thereafter the Court may choose.

20   **IT IS SO STIPULATED.**

21

22   DATED: April 5, 2021                          SEYFARTH SHAW LLP

23                                                 By:      /s/ M. Ryan Pinkston
                                                           M. Ryan Pinkston
24
25                                                 *Attorneys for Alaska Air Group and*
                                                   *Alaska Airlines, Inc.*
26

27

28

2

1

DATED: April 5, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VALERIAN LAW, P.C.

By:_____/s/ Dominic Valerian_____
        Dominic Valerian

*Attorneys for Ashley Kaikkonen*

Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3), M. Ryan Pinkston hereby attests that concurrence in the filing of this document has been obtained.

3

1

## **ORDER**

2       **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3

4    DATED:  4/6/2021

5                                                                   United

6

7                                                      Judge Haywood S. Gilliam Jr.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

69108172v.1